In the Supreme Court of Georgia

Decided: March 8, 2022

S22A0533.  EASON et al. v. LUNDY.

PER CURIAM.

The judgment of the court below is affirmed without opinion pursuant to Supreme Court Rule 59.

*Affirmed without opinion. All the Justices concur, except Colvin, J., not participating.*